## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

THOMAS RENALDO JONES,

      Plaintiff,

v.                                    CASE NO. 4:11-cv-00642-MP-CAS

MICHAEL BROWN, COUNCE, JOHN DOE, A REAMS,

      Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 42, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed without prejudice for failure to prosecute and to keep the Court apprised of his correct address when he was released from custody. The plaintiff has not filed anything with the Court since December of 2012. Upon consideration, the Court agrees with the Magistrate Judge that the case should be dismissed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (Doc. 42) is ACCEPTED and incorporated herein, and this case is DISMISSED without prejudice.

**DONE AND ORDERED** this *1st* day of August, 2013

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge